# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

)

SEMICONDUCTOR EQUIPMENT
AND MATERIALS
INTERNATIONAL,

Petitioner,

v.

U.S. ENVIRONMENTAL
PROTECTION AGENCY,

Respondent.

_____)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 23-1344
(and consolidated case)

## JOINT STATUS REPORT

This matter involves challenges to an EPA rule titled "Phasedown of Hydrofluorocarbons: Restrictions on the Use of Certain Hydrofluorocarbons Under the American Innovation and Manufacturing Act of 2020." 88 Fed. Reg. 73098 (Oct. 24, 2023) (the "Rule"). The parties hereby file this status update in accordance with this Court's Order. Order, Doc. No. 2038921 (Feb. 5, 2024).

## BACKGROUND

1. Among other authorities, the American Innovation and Manufacturing Act of 2020 (the "AIM Act"), 42 U.S.C. § 7675, allows EPA to "restrict, fully, partially, or on a graduated schedule, the use of a regulated substance [i.e., hydrofluorocarbons ("HFCs")] in the sector or subsector in which the regulated substance is used." 42 U.S.C. § 7675(b)(11), (c), (i)(1).

2. In the Rule, EPA exercised its authority under subsection (i) of the AIM Act in a variety of sectors and subsectors, including as relevant here, uses in industrial process refrigeration and in chillers for industrial process refrigeration. 40 C.F.R § 84.54(a)(10)(iii)-(iv), (a)(12), (c)(5)-(6), (c)(10). The Rule also included a provision allowing the continued manufacture and use of certain "specified components" of equipment using refrigerants for use in the residential and light commercial air conditioning and heat pump subsector. *Id.* § 84.56(b).

3. Industry groups challenged that rule in three petitions for review. *Semiconductor Equipment and Materials International, v. EPA*, Case No. 23-1344 (D.C. Cir. filed Dec. 22, 2023) ("*SEMI*"); *The Chemours Company FC, LLC v. EPA*, Case No. 23-1345 (D.C. Cir. filed Dec. 26, 2023) ("*Chemours*"); *Food Marketplace, Inc. v. EPA*, Case No. 23-1347 (D.C. Cir. filed Dec. 26, 2023) ("*FMI*").

4. The Court consolidated the petitions in a single action. *See* Consolidation Order, Doc. No. 2033346, *SEMI,* (D.C. Cir. Dec. 27, 2023).

5. Petitioners SEMI and Chemours filed an unopposed motion to sever their cases and hold them in abeyance. Doc. No. 2038227 (Jan. 31, 2024). The motion stated that SEMI submitted to EPA an administrative petition for reconsideration of the Rule pursuant to 42 U.S.C. § 7607(d)(7)(b) that addresses all issues relating to SEMI's petition for judicial review. *Id.* ¶ 2. The motion further stated that Chemours had also submitted an administrative petition for reconsideration of the Rule that addresses all issues relating to Chemours' petition for judicial review. *Id.* ¶ 3. By contrast, the *FMI* Petitioners did not submit a

petition for administrative petition for reconsideration to EPA. *Id.* ¶ 4. Accordingly, SEMI and Chemours moved to sever their petitions for judicial review from that of the *FMI* Petitioners, and to hold their cases in abeyance pending EPA's decision on the administrative petitions for reconsideration.

6. On February 2, 2024, the Court unconsolidated *FMI* and ordered that cases number *SEMI* and *Chemours* be held in abeyance pending a decision from the agency in ongoing reconsideration petitions. Order, Doc. No. 2038921.

7. The court further directed the parties in the remaining consolidated cases to file status reports at 60-day intervals beginning on April 5, 2024. *Id.*

## CURRENT STATUS OF AGENCY PROCEEDINGS

8. Administrative proceedings related to SEMI's and Chemours' petitions for administrative reconsideration remain ongoing. On June 20, 2024, EPA granted Chemours' petition for administrative reconsideration in full and granted SEMI's petition for administrative reconsideration in part. The remainder of SEMI's petition for administrative reconsideration remains pending.

9. On March 12, 2025, EPA announced that it will be reconsidering the Rule. Press Release, EPA (Mar. 12, 2025), https://www.epa.gov/newsreleases/trump-epa-takes-action-lower-costs-american-families-grocery-store-reconsidering.

10. EPA has been working on its proposed rulemaking to reconsider the Rule. On September 30, 2025, EPA signed a notice of proposed rulemaking titled "Phasedown of Hydrofluorocarbons: Reconsideration of Certain Regulatory Requirements Promulgated Under the Technology

Transitions Provisions of the American Innovation and Manufacturing Act of 2020." 90 Fed. Reg. 47,999 (Oct. 3, 2025). The comment period closed on November 21, 2025. 90 Fed. Reg. 51,042 (Nov. 14, 2025).

11.     EPA remains in the process of reviewing the comments received during the public comment period and considering the appropriate next steps regarding the rulemaking to reconsider the Rule.


Respectfully submitted this March 31, 2026,

/s/ David Friedland
David Friedland (D.C. Cir. Bar No. 47402)
BEVERIDGE & DIAMOND, P.C.
1900 N Street NW, Suite 100
Washington, DC 20036
202-285-4326
dfriedland@bdlaw.com

*Counsel for Petitioner*
*Semiconductor Equipment and*
*Materials International*

/s/ Robert J. Meyers
Thomas A. Lorenzen
Robert J. Meyers
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Telephone: (202) 624-2500
Facsimile: (202) 628-5116

*Counsel for Petitioner*
*The Chemours Company FC, LLC*

 /s/ Daniel J. Martin
DANIEL J. MARTIN
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869
Daniel.Martin3@usdoj.gov

*Counsel for Respondent*

**ORAL ARGUMENT NOT YET SCHEDULED**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Daniel J. Martin*