## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____
)
SEMICONDUCTOR EQUIPMENT )
AND MATERIALS )
INTERNATIONAL, )
)
               Petitioner, )
)    No. 23-1344
v. )   (and consolidated case)
)
U.S. ENVIRONMENTAL )
PROTECTION AGENCY, )
)
               Respondent. )
_____)

## [UNOPPOSED] MOTION TO ALIGN DEADLINES

1.      This matter involves challenges to an EPA rule titled "Phasedown of Hydrofluorocarbons: Restrictions on the Use of Certain Hydrofluorocarbons Under the American Innovation and Manufacturing Act of 2020." 88 Fed. Reg. 73098 (Oct. 24, 2023) (the "Rule").

2.      Industry groups challenged that rule in three petitions for review. *Semiconductor Equipment and Materials International, v. EPA*, Case No. 23-1344 (D.C. Cir. filed Dec. 22, 2023) ("*SEMI*"); *The Chemours Company FC, LLC v. EPA*, Case No. 23-1345 (D.C. Cir. filed Dec. 26, 2023) ("*Chemours*"); *Food Marketplace, Inc. v. EPA*, Case No. 23-1347 (D.C. Cir. filed Dec. 26, 2023) ("*FMI*"). The Court consolidated the petitions in a single action. *See* Consolidation Order, Doc. No. 2033346, *SEMI,* (D.C. Cir. Dec. 27, 2023).

3. On February 2, 2024, the Court unconsolidated *FMI* and ordered that cases *SEMI* and *Chemours* be held in abeyance pending a decision from the agency in ongoing reconsideration petitions. Order, Doc. No. 2038921. The court further directed the parties in the remaining consolidated cases to file status reports at 60-day intervals beginning on April 5, 2024. *Id.*

4. On March 12, 2025, EPA announced that it will be reconsidering the Rule. Press Release, EPA (Mar. 12, 2025), https://www.epa.gov/newsreleases/trump-epa-takes-action-lower-costs-american-families-grocery-store-reconsidering.

5. On May 9, 2025, the Court placed *FMI* in abeyance pending further order of the Court and directed EPA to file status reports at 90-day intervals beginning August 7, 2025, and to file motions to govern future proceedings within 30 days of the completion of agency proceedings. Order, Doc. No. 2115170.

6. The next joint status report in this case is due June 1, 2026.

7. Per this Court's Order in *FMI*, the next status report deadline in that case is May 20, 2026. *See* Doc. No. 2115170.

8. Now that both *SEMI* and *FMI* are in abeyance pending further agency proceedings, the status reports in each cases have been substantially identical, summarizing EPA's progress on the same rulemaking reconsidering the Rule.

9. In the interest of judicial economy and efficiency for the parties, we request that our next deadline to file a status report in this case should also be May 20, 2026, with EPA filing status reports every 90 day thereafter; *i.e.*, on

the same schedule as *FMI*.

Respectfully submitted this March 31, 2026,

<div style="margin-left: 40%;">

*/s/ Daniel J. Martin*
DANIEL J. MARTIN
U.S. Department of Justice
Environment and Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 598-1869
Daniel.Martin3@usdoj.gov

*Counsel for Respondent*

</div>

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

*/s/ Daniel J. Martin*